IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRICIA ANN RATRA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | 3:12-CV-1854 |
| DEAN FOODS COMPANY D/B/A | § | |
| MORNINGSTAR FOODS, INC., AND | § | |
| SAPUTO, INC. f/k/a and d/b/a | § | |
| MORNINGSTAR FOODS, LLC, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF SETTLEMENT**

**I.**

**INTRODUCTION**

Plaintiff notifies the Court that the parties have reached a settlement of this matter. Plaintiff requests the Court not rule on any of the pending post-verdict motions and requests thirty days to submit final dismissal paperwork.

        Respectfully submitted,

        /s/ Matthew R. Scott
        MATTHEW R. SCOTT
        Texas Bar No. 00794613
        JOE KENDALL
        Texas Bar No. 11260700
        JAMIE J. MCKEY
        Texas Bar No. 24045262
        JAVIER PEREZ
        Texas Bar No. 24083650
        **THE KENDALL LAW GROUP**
        3232 McKinney Avenue, Suite 700
        Dallas, Texas 75204
        214-744-3000 / 214-744-3015 (Facsimile)
        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF CONFERENCE**

  I certify that I conferred with Alicia Voltmer, counsel for Defendant, who agrees with the relief requested in this Motion.

                 /s/ Matthew R. Scott
                MATTHEW R. SCOTT

## CERTIFICATE OF SERVICE

      I certify that a copy of this document was forwarded to all counsel of record in this case via the Court's ECF system as of the date file stamped thereon.

                                     /s/ Matthew R. Scott
                                     MATTHEW R. SCOTT